# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BILLY MACK NICHOLS, JR.     PLAINTIFF
ADC #92713

V.     NO: 5:15CV00249 KGB/JWC

WILLY BLAIR, *et al*     DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Billy Mack Nichols, Jr., an inmate who is currently incarcerated at the Arkansas Department of Correction's Tucker Maximum Security Unit, filed a *pro se* complaint, along with an application for leave to proceed *in forma pauperis*, on July 31, 2015.

Because Plaintiff's complaint should be dismissed, without prejudice, pursuant to the three-

strikes provision of the Prison Litigation Reform Act ("PLRA"), his application for leave to proceed *in forma pauperis* should be denied.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision. *Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Plaintiff has had at least three prior civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Nichols v. Harrelson et al*, ED/AR No. 4:99CV00388; *Nichols v. Sallings et al*, ED/AR No. 4:99CV00785; *Nichols v. Harrelson et al*, ED/AR No. 4:00CV00106. In *Nichols v. Harrelson et al*, ED/AR No. 4:00CV00106, the United States Court of Appeals for the Eighth Circuit determined that Plaintiff is not eligible to appeal *in forma pauperis*. Additionally, based on the allegations contained in Plaintiff's present complaint, he is not in imminent danger of serious physical injury. Specifically, Plaintiff complains in this case that he is being denied adequate medical care for his foot problems, and has been harassed and retaliated against because of his grievances. Plaintiff has offered no facts to suggest any harassment and retaliation place him in imminent danger of serious physical injury. Further, Plaintiff's medical claims regarding his foot problems are being pursued in *Nichols v. Peppers-Davis et al*, ED/AR No. 5:15CV00448. Finally, in *Nichols v. Starks Taylor et al*, ED/AR No. 5:15CV00003 (docket entries

#126 & #133), United States District Judge Billy Roy Wilson recently concluded that Plaintiff's medical needs are being addressed, and he could not demonstrate a threat of irreparable harm necessary to obtain preliminary injunctive relief.

IT IS THEREFORE RECOMMENDED THAT:

1.   Plaintiff's application for leave to proceed *in forma paupeirs* (docket entry #1) be DENIED, and his complaint be DISMISSED WITHOUT PREJUDICE.  If Plaintiff wishes to continue this case, he should be required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case dismissal date, along with a motion to reopen the case.  Upon receipt of the motion and full payment, this case should be reopened.

2.   The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 7th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE