IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY MACK NICHOLS, JR.,**
**ADC #92713**                                                                                                 **PLAINTIFF**

**V.**                   **Case No 5:15-cv-0249-KGB**

**WILLIE BLAIR, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied, and the case is closed. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 16th day of December, 2015.

_____
Kristine G. Baker
United States District Court Judge